UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 22-cv-03094-RS<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 2, 6 |

The court has reviewed Chief Magistrate Judge Spero's Report and Recommendation concerning the order to show cause why Plaintiff's Complaint should not be dismissed with prejudice. Barrera did not file a response. The court finds the Report correct and adopts it in every respect. Accordingly, the case is dismissed with prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 3, 2022

RICHARD SEEBORG
Chief United States District Judge