UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VALENCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>OAKLAND POLICE DEPARTMENT,<br><br>        Defendant. | Case No. 23-cv-00577-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Barrera v. City of Oakland Police Department,* 22-cv-03094-RS.

**IT IS SO ORDERED.**

Dated: March 21, 2023

THOMAS S. HIXSON
United States Magistrate Judge